THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 SCDSS, Petitioner,
 
 
 v.
 
 
 Wanda McKinley, Jeffrey McKinley, and Robert Chappell (deceased), Defendants, of whom Wanda McKinley is the, Respondent.
 In the interest of:
 Travis Tabias M., DOB: 7/10/90
 Antrai Lamar M., DOB: 11/12/92
 Doris Virginia M., DOB: 5/2/94
 Jeffrey Benjamin M., DOB: 11/24/00
 Sallie Amanda M., DOB: 10/8/98
 
 
 

ON WRIT OF CERTIORARI 

Appeal From Greenville County
  R. Kinard Johnson, Jr., Family Court
 Judge

Memorandum Opinion No.  2007-MO-043
Heard June 19, 2007  Filed June 25, 2007  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Vanessa L. Hartman, of Greenville, for Petitioner.
 J. Falkner Wilkes, of Greenville, for Respondent.
 Robert A. Clark, of Greenville, for Guardian Ad Litem.
 
 
 

PER CURIAM:  After careful consideration of the appendix
 and briefs, the writ of certiorari is 
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.